SSJR 3671-L0180A

Exhibit A
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADWEEK LLC;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CN Media, Inc. (a/k/a Los Angeles Cannabis News or LACANNABISNEWS.COM)<br><br>　　　　　　Defendant. | Case No. Civil Action No. 1:20-cv-05658<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

**THIS MATTER** (the "Civil Action") having been commenced by plaintiff Adweek LLC ("Plaintiff" or "Adweek") by filing a complaint on July 22, 2020 against Defendant CN Media, Inc. a/k/a Los Angeles Cannabis News or LACANNABISNEWS.COM ("Defendant");

Defendant has agreed and acknowledged service for the purposes of consenting to jurisdiction and enforcement by this Court;

Plaintiff and Defendant having consulted independent legal counsel in connection with this Civil Action; and

Plaintiff and Defendant having agreed to the entry of this Consent Judgment and Permanent Injunction (the "Consent Judgment");

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, and ORDERED AND ADJUDGED, and made effective as of this 2nd day of September, 2020 ("Effective Date") as follows:

1.      The Court has personal jurisdiction over each of the parties to this action. The Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, and 1338 over the Lanham Act claims because the action alleges *inter alia* violations of federal statutes; and the Court has jurisdiction pursuant to 28 U.S.C. §§ 1338(b) and 1367 over the state law claims because they arise out of the same nucleus of operative fact and are so related to the federal cause of action that they form the same case or controversy. Venue is proper in this judicial district under 28 U.S.C. § 1391.

2.      Defendant consent to the jurisdiction of this Court to enter and enforce the Order against them, their officers, employees, servants, agents, licensees, attorneys, successors-in-title, affiliates, subsidiaries and assigns, all those in active concert and participation with any of them, and the parties hereby consent to the entry of this Consent Judgment.

3.      The Court hereby directs final judgment in favor of Plaintiff and against Defendant in accordance with the terms herein.

4.      Adweek is the owner of the copyright in the articles found at Exhibits 2-8 of the Complaint as well as other articles found on adweek.com and in Adweek's magazines and published content (the "Articles").

5.      Defendant has infringed the copyright of Plaintiff in the Articles at Exhibits 2-8 of the complaint by *inter alia* including those Articles on Defendant's website lacannabisnews.com.

6.      Defendant including their respective parents, subsidiaries, affiliates, officers, agents, servants, employees, and those persons in active concert or participation with

them are, to the fullest extent permitted by 17 USC §§101 *et seq.*, enjoined and prohibited from infringing Plaintiff's Copyright in the Articles and shall remove the same from its website lacannabisnews.com.

7. Defendant shall not re-publish or otherwise copy or reproduce any of the Articles.

8. This Court shall retain jurisdiction of this matter for the purpose of enforcing the terms and provisions of this Consent Judgment.

9. In the event of a violation of this Consent Judgment, Plaintiff shall be entitled to recover its attorney fees, costs and expenses in connection with that matter in addition to any damages.

**IT IS SO ORDERED.**

Dated: September 2, 2020

_____
Hon. Ronnie Abrams
United States District Court Judge

## CONSENT

The foregoing Consent Judgment and Permanent Injunction is approved as to form and substance, and the entry thereof without further notice is hereby consented to, and the respective parties have agreed to waive, and do hereby waive, all rights of appeal which they, or any of them, may have from said Consent Judgment and Permanent Injunction.

I have reviewed and executed this document on the date indicated below.

__08/20/20__
Date

__[signature]__
**Brian Weiss**
4066 Bon Homme Rd, Calabasas CA 91302

---

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF __California__         : ss.
COUNTY OF __Los Angeles__       :

On __Aug. 20__, 20__20__, before me personally appeared **Brian Weiss** who is known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __California__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

__Antoine Mahfoud__
Notary Public Name

__[signature]__
Notary Public Signature

ANTOINE MAHFOUD
Notary Public – California
Los Angeles County
Commission # 2209998
My Comm. Expires Aug 13, 2021

(Seal)

SSJR 3671-L0180A

Dated: August 31, 2020     Respectfully submitted,

By: _____
Gene S. Winter, Esq. (GW6798)
Jonathan S. Winter, Esq. (JW4345)
St. Onge Steward Johnston & Reens, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
gwinter@ssjr.com

Attorneys for Plaintiff Adweek LLC.